APPEAL No. 76-448. MARY M. KYLE v. DAVOL, INC. The petitioner's motion for an extension of time to file her brief is denied as moot. *Lovett & Linder, Ltd., Raul L. Lovett,* for petitioner. *Bernard W. Boyer,* for respondent.

APPEAL No. 77-48. CITIZENS FOR PRESERVATION OF WATERMAN LAKE *et al. v.* WILLIAM DAVIS AND JOHN P. COYNE. The plaintiffs' motion to file a brief in excess of fifty pages is granted. *Abedon, Stanzler, Biener, Skolnik & Lipsey, Milton Stanzler, Jordan Stanzler,* for Citizens for Preservation of Waterman Lake. *George W. Shuster,* Town Solicitor, for Intervenor, Town of Glocester. *James M. Shannahan,* for William Davis. *John F. Dolan,* for John P. Coyne. *Joseph T. Trainor,* for John P. Coyne, for defendants.

APPEAL No. 77-138. THERESA DiIORIO v. ABINGTON MUTUAL FIRE INSURANCE COMPANY. The plaintiff's motion to withdraw exhibit 18, certain records of the Department of Business Regulation, is granted. *Nugent & Nugent, J. Joseph Nugent, Jr.,* for plaintiff. *Hanson, Curran & Parks, David P. Whitman,* for defendant.

APPEAL No. 77-154. JOSEPH T. DRURY, *Admin. v.* WILLIAM DRURY *et al.* The defendants' motion for an extension of time to June 9, 1977 to file their memorandum in opposition to plaintiffs' motion to dismiss, is granted. *D. A. St. Angelo,* for plaintiff. *Roberts & Willey Incorporated, David W. Carroll, Goldberg & Goldberg, Leo M. Goldberg,* for defendants.

June 2, 1977.

M. P. No. 77-135. STATE v. CHARLES K. DiPANNI. The petition for writ of habeas corpus is denied. *See State v. Bianculli,* 114 R.I. 217, 330 A.2d 897 (1975). *Julius C. Michaelson,* Attorney General, *Nancy Marks Rahmes,* Special Asst. Attor-